# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY COSTELLO AND NATALIE
COSTELLO

VERSUS

PROGRESSIVE PALOVERDE
INSURANCE COMPANY, KELLI
LAINE LEMOINE GUILBEAU,
TICKFAW BOOPALU'S, LLC,
BOOPALU'S HOSPITALITY, LLC,
ISTRE AND ULOTH INVESTMENTS,
LLC, MEGAN RENO ULOTH, AND
DAYMOND PATRICK ULOTH

NO.  2024 CW 0542

SEPTEMBER 23, 2024

---

In Re:    Boopalu's Hospitality, LLC, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 720278.

---

BEFORE:   **THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED.**

               **MRT**
               **WRC**
               **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT